IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTORIA FINANCIAL CORPORATION, RALPH F. PALLESCHI, MONTE N. REDMAN, JOHN R. CHRIN, JOHN J. CORRADO, ROBERT GIAMBRONE, GERARD C. KEEGAN, BRIAN M. LEENEY, PATRICIA M. NAZEMETZ, and STERLING BANCORP,<br><br>Defendants. | Case No. 1:17-cv-02165-NG-JO<br><br>CLASS ACTION |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and plaintiff has not sought certification of the putative class.

Dated: July 10, 2017

RIGRODSKY & LONG, P.A.

By: /s/ Timothy J. MacFall
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516

**OF COUNSEL:**

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
(484) 324-6800

Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

*Attorneys for Plaintiff*